UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

_____

RANDOLPH BARKSDALE, :
:
       Petitioner, :
: CIVIL ACTION NO. 3:15-CV-173
       v. :
: (Judge Kosik)
LAWRENCE MAHALLY, :
:
       Respondent. :
_____

## **ORDER**

AND NOW, THIS 22nd DAY OF SEPTEMBER, 2015, no timely Objections having been filed by Petitioner, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on September 2, 2015 (Doc. 7), recommending that the Petitioner's motion to reconsider the Order directing the transfer of his habeas corpus petition to the Eastern District of Pennsylvania (Doc. 5) be denied, is **ADOPTED**; and,

(2) The Petitioner's "Motion to Alter and/or Amend the Judgment" (Doc. 5) is **DENIED**.

                                                       s/Edwin M. Kosik
                                                       Edwin M. Kosik
                                                       United States District Judge